**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DOROTHY BLACKMON, | : | No. 115 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ZACK MOORE, JR., ADMINISTRATOR OF | : | |
| THE ESTATE OF ZACK MOORE, SR., | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.